14773. WIGHT, administrator, *v.* MERCHANTS &
PLANTERS BANK.

If it was error to strike the amendment to the defendant's plea, no harm
resulted to him, the defense set up in the amendment being practically
the same as that set up in the original answer.
The court did not err in the exclusion of evidence or in directing a
verdict for the plaintiff.

DECIDED JANUARY 17, 1924. ADHERED TO ON REHEARING, FEBRUARY 25, 1924.

Complaint; from city court of Cairo—Judge Rigsby. May 28,
1923.

*S. P. Cain,* for plaintiff in error.

*M. L. Ledford, Ira Carlisle,* contra.

BLOODWORTH, J. 1. By exceptions pendente lite the plaintiff
in error complains that the court erred in striking an amendment
to the original plea. Counsel for the plaintiff in error in his brief
says: "The amendment merely stated the defendant's defense in
a different way," and "it is respectfully submitted that the amend-
ment set up practically the same defense as is set up in the de-
fendant's original answer." These statements being true, if it was
error to strike the amendment it worked no injury to the defendant.

2. The court did not err in its rulings upon the admissibility of
evidence.

3. The court did not err in directing a verdict for the plaintiff.
The defendant pleaded that when the note sued upon was executed
it was agreed between the plaintiff bank and defendant that in the
event Duncan cut the timber, the collections for the same should
be made through the bank, "and from such collections plaintiff
would pay the note sued on." This was an affirmative defense, and
the evidence fails to sustain it.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*